[No. 26830-9-I.   Division One.   July 6, 1992.]

LEE R. MCNAIR, *Respondent,* v. CHRIS DEMOPOLIS,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-2-08892-8, LeRoy McCullough, J., entered

July 30, 1990. *Affirmed* by unpublished opinion per Schol-
field, J., concurred in by Grosse, C.J., and Agid, J.